IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| JONES & SMITH, P.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 623-056 |
| | ) | |
| OWNERS INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Upon consideration, the Court **GRANTS** the joint request to stay discovery and all pending deadlines while the parties participate in mediation. (Doc. no. 31.) The Court **STAYS** discovery through and including June 24, 2024. The parties shall advise the Court as to the status of the case by no later than July 1, 2024, and if the case is not resolved, the parties shall submit a joint proposed Amended Scheduling Order by that same date.

SO ORDERED this 29th day of April, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA